## PETER J. DESNOYERS *versus* HARVEY WILLIAMS AND ALPHEUS WILLIAMS

JOURNAL ENTRIES (1822): *Journal 3:* (1) Motion to quash habeas corpus *p. 292; (2) rule for procedendo *p. 380.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) precipe for discontinuance.
*1822–23 Calendar*, MS p. 7.

## ROBERT INNIS AND ROBERT GRANT *versus* JACOB VISGER

JOURNAL ENTRIES (1822–25): *Journal 3:* (1) Dismissed *p. 294. *Journal 4:* (2) Stricken from docket MS p. 59.
PAPERS IN FILE: [None]
*Chancery Case* 17 of 1820.